<mark>Case 1:06-cv-03700-PKL   Document 14   Filed 04/19/07   Page 1 of 1</mark>

<mark>Case 1:06-cv-03700-PKL   Document 13   Filed 04/16/2007   Page 1 of 2</mark>

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Joseph Kay,

                               Plaintiff,

            - against -                           06 CIV 3700 (PKL)

Sofia Boubnova (a/k/a Sofia Kay) and            **DEFAULT JUDGMENT**
John Doe 1 through 10,

                               *Defendants.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/07

      This action having been commenced on May 15, 2006, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Sofia Boubnova by a "nail and mail" service on May 17, 2006, and a proof of service having been filed on April 16, 2007; the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Court itself, having forwarded on March 8, 2007, a certified letter to Ms. Boubnova, directing and urging her to appear and cautioning her that in the event she did not appear, a default judgment shall be entered against her; and upon proof presented that defendant is <u>actually</u> aware of this action and the nature of the allegations against her, but does not intend to appear and defend this action; it is:

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $100,000.00, which amount shall include interest, costs and disbursements of this action.

Dated: 4/19/07
New York, New York


Hon. Peter K. Leisure U.S.D.J.

This document was entered on the docket

on _____.